Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−26729−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jungmin PAIK
   aka Jung Min Paik, aka Jung M Paik
   10 Sandburg Court
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−1807

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 5, 2018
JAN: jf

                                                  Jeanne Naughton
                                                  Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 17-26729-VFP
Jungmin PAIK                                                        Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1                   Date Rcvd: Feb 05, 2018
                               Form ID: 148                 Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             +Jungmin PAIK,    10 Sandburg Court,    Teaneck, NJ 07666-6482
517033640      +Chase Auto Finance,    P.O. Box 901034,    Ft. Worth, TX 76101-2034
517266396       MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
517029857       Nissan,    POB 660366,    Dallas, TX 75266-0366
517033642      +Nissan-Infinit LT,    PO Box 660360,    Dallas, TX 75266-0360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:23      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517033639      +EDI: CAPONEAUTO.COM Feb 05 2018 23:04:00      Capital One Bank, N.A.,    7933 Preston Rd.,
                 Plano, TX 75024-2302
517033641       E-mail/Text: bankruptcy.bnc@ditech.com Feb 05 2018 23:27:07      Ditech Financial LLC,
                 Customer Service,    PO Box 6172,    Rapid City, SD 57709-6172
517139863       EDI: CAUT.COM Feb 05 2018 23:03:00      JPMorgan Chase Bank, N.A.,    PO BOX 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517181720       EDI: PRA.COM Feb 05 2018 23:03:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517019206      +EDI: RMSC.COM Feb 05 2018 23:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517261844      +EDI: RMSC.COM Feb 05 2018 23:04:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517033643      +EDI: RMSC.COM Feb 05 2018 23:04:00      Synchrony Bank/,    TJX Rewards,    PO Box 965013,
                 Orlando, FL 32896-5013
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kyungjoo Park    on behalf of Debtor Jungmin  PAIK parkkyungjoo@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```